A. Clifford Edwards
A. Christopher Edwards
John W. Edwards
Edwards & Culver
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Email: lauren.nahale@edwardslawfirm.org
Email: chris@edwardslawfirm.org
Email: john.edwards@edwardslawfirm.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| BARRY ALLEN, individually and as Personal Representative on behalf of the Estate and survivors of WILLIAM CASIE ALLEN; ROBIN ALLEN, individually; and KENDRA VISSER, individually and as Personal Representative on behalf of the Estate and survivors of NICHOLAS RYAN VISSER,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CARLYN JESSOP; ORVAL BRINGHURST; SUNRISE AG DEVELOPMENT, LLC and DOES 1-5,<br><br>　　　　Defendants. | Cause No. 1:21-CV0117-SPW-TJC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

| |
|---|
| CARLYN JESSOP, ORVAL BRINGHURST, AND SUNRISE AG DEVELOPMENT, LLC, <br><br> Third- Party Plaintiffs, <br><br> v. <br><br> JAMES DOUGLAS JOHNSON <br><br> Third-Party Defendant |

Plaintiffs hereby file, by and through counsel, this Unopposed Motion to Dismiss All Claims with Prejudice, pursuant to Rule 41(a)(2) F.R. Civ. P. A proposed order, serving to dismiss the claims stated against the Defendants and Third-Party Defendant named herein and this case in full, with all parties to bear their own costs and fees, is submitted herewith.

DATED this 3rd day of January, 2023.

EDWARDS & CULVER

By _____
A. Christopher Edwards
A. Clifford Edwards
John W. Edwards

PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE – Pg. 2