IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BARRY ALLEN, individually and as Personal Representative on behalf of the Estate and survivors of WILLIAM CASIE ALLEN; ROBIN ALLEN; and KENDRA VISSER, individually and as Personal Representative on behalf of the Estate and survivors of NICHOLAS RYAN VISSER,<br><br>Plaintiffs,<br><br>v.<br><br>CARLYN JESSOP; ORVAL BRINGHURST; SUNRISE AG DEVELOPMENT, LLC, and DOES 1-5,<br><br>Defendants. | CV 21-117-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| CARLYN JESSOP; ORVAL BRINGHURST; SUNRISE AG DEVELOPMENT, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>JAMES DOUGLAS JOHNSON,<br><br>Third-Party Defendant. | |

Pursuant to Plaintiffs' Unopposed Motion to Dismiss with Prejudice (Doc. 20), and good cause appearing,

1

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 3rd day of January, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge